UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
UNITED STATES OF AMERICA,

    -vs-

  NICHOLIE GHEBOSILA ,

**ORDER**

CR- 12-785

-----------------------------------------------------------------

KORMAN, Sr.J.

On the record of the sentencing proceeding, the defendant, who is an excludable alien, waived his/her right to an exclusion hearing and agreed to withdraw his/her application for admission to the United States.

Accordingly, following the completion of his/her sentence, the Attorney General and the Immigration and Naturalization Service are ordered to enter an order of exclusion and deport the above-named defendant without any exclusion hearing.

SO ORDERED.

s/ Edward R. Korman
_____
EDWARD R. KORMAN, U.S.D.J.

DATED:   Brooklyn, N.Y.
             2/3/2016